In the Matter of the Claim of WILHELMINA STARRMANN, Respondent, v. ABRAHAM & STRAUS et al., Respondents, and SPECIAL DISABILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of JAMES F. GEIGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.